Russell H. Rapoport, Esq., SBN 58083
**Law Office of Russell H. Rapoport**
21860 Burbank Blvd., Suite 360
Woodland Hills, California 91367-7406
Tel: (818) 906-1600 Fax: (818) 907-9261

Attorneys for Petitioning Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PARADIGM INTERNATIONAL, INC.,<br><br>        Debtor | Case No. 2:10-bk-24525 BB<br><br>**Proof of Service of Involuntary Petition; Summons and Notice of Status Conference In An Involuntary Bankruptcy Case; Order and Notice of Status Conference Procedures in an Involuntary Case** |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Russell Rapoport<br>Law Office of Russell Rapoport<br>21860 Burbank Blvd. Ste 360<br>Woodland Hills, Ca 91367<br><br>Attorney for Petitioner: Alan Stone & Co; Stan Marcus; Plotkin Rapoport, LLP<br>*Attorney for Petitioner* & Levey Filler Rodriguez Kelso & DeBianchi, LLP | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 2:10bk-24525BB |
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br>PARADIGM INTERNATIONAL, INC. aka PARADIGM GLOBAL LOGISTICS<br><br><br><br>Debtor. | SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on 4/14/10 in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 7 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 21 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: 5/12/10    Time: 10:00 am    Courtroom: 1475    Floor: 14TH |
|---|
| ☒ 255 East Temple Street, Los Angeles     ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

To the petitioner(s):

**IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 1010-1.**

Kathleen J. Campbell, Clerk of Court

Dated: 4/16/10    By: _____
                            *Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010                                                                                                                F 1010-1



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PARADIGM INTERNATIONAL, INC.<br>aka PARARIGM GLOBAL LOGISTICS<br><br>Alleged Debtor(s) | Case No. 2:10-bk-24525-BB<br><br>Chapter 7<br><br>**ORDER AND NOTICE OF STATUS CONFERENCE PROCEDURES IN AN INVOLUNTARY CASE**<br><br>Hearing:<br>Date:   May 12, 2010<br>Time:  10:00 a.m.<br>Ctrm:  1475 |

TO THE PETITIONING CREDITORS, ALLEGED DEBTOR AND THE UNITED STATES TRUSTEE AND THEIR ATTORNEYS OF RECORD:

A status conference in the above captioned matter has been set for **May 12, 2010** at **10:00 a.m.** in Courtroom 1475 of the above-entitled Court, located at **255 E. Temple Street, Los Angeles, California 90012**, before the Honorable Sheri Bluebond. Except as may be otherwise directed by the Court, if the alleged debtor elects to contest the entry of an order for relief, it is the intention of the Court to treat the resulting contested matter as governed by Part IV of the Federal Rules of Bankruptcy Procedure, which applies in adversary proceedings, and the corresponding Local Rules of this Bankruptcy Court.

1

2      Accordingly, unless the debtor consents to the entry of an order for relief or fails to

3 respond to the involuntary petition in a timely manner, the parties are hereby directed to meet and

4 confer in compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy

5 Rule 7026-1 and to file with the Court not later than 14 days prior to the date scheduled for the

6 status conference a Joint Status Conference Report pursuant to Local Bankruptcy Rule 7016-1.

7

8

9 Dated: APR 1 6 2010

                                        UNITED STATES BANKRUPTCY JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE BY MAIL

I, __Wendy Ann Wesley__ hereby certify that I sent a copy of the above **ORDER AND NOTICE OF STATUS CONFERENCE PROCEDURES IN AN INVOLUNTARY CASE** to the parties listed below on **APR 1 6 2010**

**Served Electronically:**

Russell H Rapoport  rrapoport@prllplaw.com, lgillis@prllplaw.com

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

**Served by Mail:**

**Alleged Debtor:**

Paradigm International, Inc.
11200 S. Hindry Avenue
Los Angeles, CA 90045

CSC Lawyers Incorporating Service
Agent for Service of Process for
Paradigm International, Inc.
2730 Gateway Oaks Dr, Ste 100
Sacramento, CA 95833

**Petitioning Creditor(s)**

Alan Stone & Co LLC
6742 Forest Hill Bl #205
W Palm Beach, FL 33413

Stan Marcus
19200 Von Karman Ave Ste 400
Irvine, CA 92612

1

2 **Levey, Filler, Rodriquez, Kelso & DeBianchi, LLP**
David Filler
3 1688 Meridian Ave
Ste 902
4 Miami, FL 33139

5

6 **Plotkin Rapoport, LLP**
Russell H Rapoport
21860 Burbank Bl #360
7 Woodland Hills, CA 91367

8

9

10

11

12

13 Dated: APR 1 6 2010                              *[signature]*
                                                    **Deputy Clerk**
14

15

16

17

18

19

20

21

22

23

24

25

26

B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>_Central_ District of _California_ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>PARADIGM INTERNATIONAL, INC. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Paradigm Global Logistics |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>11200 S. Hindry Ave.<br>Los Angeles, CA 90045 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>CSC - LAWYERS INCORPORATING SERVICE<br>Agent for Service of Process for<br>Paradigm International, Inc.<br>2730 GATEWAY OAKS DR STE 100<br>SACRAMENTO, CA |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles                     ZIP CODE 90045 | ZIP CODE 95833 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| [X] Chapter 7      [ ] Chapter 11 |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)      ZIP CODE<br>Petitioners believe:<br>___ Debts are primarily consumer debts<br>_X_ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>[ ] Individual (Includes Joint Debtor)<br>[X] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other Transportation |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | FILED<br>APR 14 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ Deputy Clerk |

B5

Name of Debtor PARADIGM INTERNATIONAL, INC.

B5 (Official Form 5) (12/07) - Page 2

Case No. _____

## TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Alan Stone & Co, LLC<br>Name of Petitioner         Date Signed<br><br>Name & Mailing        Alan Stone<br>Address of Individual  6742 Forest Hill Blvd. #205<br>Signing in Representative  West Palm Beach, FL 33413<br>Capacity | X_____  Date<br>Signature of Attorney<br>Russell H. Rapoport<br>Law Office of Russell H. Rapoport<br>Name of Attorney Firm (If any)<br><br>21860 Burbank Blvd., Suite 360<br>Address<br>818-906-1600<br>Telephone No. |
| X _Stan C. Marcus_ Consultant<br>Signature of Petitioner or Representative (State title)<br><br>Stan Marcus                    4/2/10<br>Name of Petitioner         Date Signed<br><br>Name & Mailing        Stan Marcus<br>Address of Individual  19200 Von Karman Ave Ste 400<br>Signing in Representative  Irvine, Ca 92612<br>Capacity | X_____  Date<br>Signature of Attorney<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP<br>Name of Petitioner         Date Signed<br><br>Name & Mailing        David Filler<br>Address of Individual  1688 Meridian Avenue, Suite 902<br>Signing in Representative  Miami, FL 33139<br>Capacity | X_____  Date<br>Signature of Attorney<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner<br>Alan Stone & Co, LLC<br>as above | Nature of Claim<br>Service rendered and expense reimbursement. | Amount of Claim<br>32,025 |
|---|---|---|
| Name and Address of Petitioner<br>Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP<br>as above | Nature of Claim<br>Service rendered. | Amount of Claim<br>39,479 |
| Name and Address of Petitioner<br>See attached | Nature of Claim<br>See attached | Amount of Claim<br>34,670 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>106,174 |

____ continuation sheets attached

3

p.2

Name of Debtor PARADIGM INTERNATIONAL, INC.

B5 (Official Form 5) (12/07) – Page 2

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)
Alan Stone & Co, LLC       4/8/2010
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan Stone & Company, LLC
7765 Lake Worth Road, Suite 311
Wellington, FL 33467

X_____  Date
Signature of Attorney
Russell H. Rapoport
Law Office of Russell H. Rapoport
Name of Attorney Firm (If any)

21860 Burbank Blvd., Suite 360
Address
818-906-1600
Telephone No.

X_____
Signature of Petitioner or Representative (State title)
Stan Marcus
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Stan Marcus
19200 Von Karman Ave Ste 400
Irvine, Ca 92612

X_____  Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

X_____
Signature of Petitioner or Representative (State title)
Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David Filler
1688 Meridian Avenue, Suite 902
Miami, FL 33139

X_____  Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alan Stone & Co, LLC as above | Service rendered and expense reimbursement. | 32,025 |
| Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP as above | Service rendered. | 39,479 |
| See attached | See attached | 34,670 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 106,174 |

X___ continuation sheets attached

4

Case 2:10-bk-24525-BB    Doc 4    Filed 04/21/10    Entered 04/21/10 09:43:43    Desc
Main Document    Page 10 of 11

Name of Debtor  PARADIGM INTERNATIONAL, IN

B5 (Official Form 5) (12/07) – Page 2a

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _(signed)_  
Signature of Petitioner or Representative (State title)   4/12/10  
Plotkin Rapoport, LLP                     Date Signed  
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:  
Russell H. Rapoport  
21860 Burbank Blvd #360  
Woodland Hills, CA

X _(signed)_  
Signature of Attorney                         Date  
Russell H. Rapoport  
Name of Attorney Firm (If any)

Address

Telephone No.

X _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  
Signature of Attorney                         Date  
Name of Attorney Firm (If any)

Address

Telephone No.

X _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  
Signature of Attorney                         Date  
Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stan Marcus<br>As on previous page | Services rendered. | 6,500 |
| Plotkin Rapoport, LLP<br>As above | Services rendered. | 28,170 |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br>34,670 |
|---|---|

____ continuation sheets attached

DEBTOR'S NAME: <u>PARADIGM INTERNATIONAL, INC.</u>    CASE NO.: <u>2:10-bk-24525BB</u>

PROOF OF SERVICE BY MAIL

STATE OF <u>California</u>                    COUNTY OF <u>Los Angeles</u>

I am a resident of the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action; my business address is: <u>21860 Burbank Blvd., Suite 360, Woodland Hills, CA 91367-7406</u>

On <u>April 21</u>                  <u>2010</u>, I served the within <u>Summons, etc. Order And Notice of Status Conference, etc., and Involuntary Petition</u> on the _____

in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at <u>Woodland Hills, CA</u>

addressed as follows:

CSC-Lawyers Incorporating Service
Agent for Service of Process for
Paradigm International, INc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Executed on <u>April 21, 2010</u> at <u>Woodland Hills</u>, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant
Russell H. Rapoport

BK-10